AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2025 MAY 30 P 12: 03

| United States of America | ) |
|---|---|
| v. | ) |
| Nathan Vilas Laatsch | ) Case No. 1:25mj 325 |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Nathan Vilas Laatsch                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Attempting to transmit national defense information to an officer or agent of a foreign government, in violation of Title 18, United States Code, Section 794(a).

Date: 05/28/2025

*William Fitzpatrick*
Issuing officer's signature

City and state: Alexandria, Virginia

William E. Fitzpatrick, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5-28-25, and the person was arrested on *(date)* 5-30-25
at *(city and state)* ALEXANDRIA, VA.

Date: 5-30-25

*Matthew [signature]*
Arresting officer's signature

Matthew T. Johnson, FBI Special Agent
*Printed name and title*